IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

2007 AUG -9  P 4:37

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:07CR161-CSC |
| | ) | (18 U.S.C. 641) |
| JENNIFER N. HUEY | ) | |
| | ) | |
| | ) | INFORMATION |
| | ) | |

The United States Attorney charges:

## COUNT

On or about the 16th day of May 2007, at the Army Air Force Exchange Service (AAFES), at Maxwell Air Force Base, in the Middle District of Alabama, **JENNIFER N. HUEY** did steal merchandise of a value of less than one thousand dollars ($1,000.00), the property of the United States, in violation of Title 18, Section 641, United States Code.

LEURA CANARY
United States Attorney

*/s/ Kent Brunson*
KENT BRUNSON
Assistant United States Attorney

*/s/ Reese H. Hays III*
REESE H. HAYS III
Special Assistant United States Attorney
42 ABW/JA
50 LeMay Plaza South
Maxwell AFB, AL  36112-6334
Telephone: 334-953-2786/2789
Fax: 334-953-2787

| | |
|---|---|
| STATE OF ALABAMA | ) |
| | )   **AFFIDAVIT** |
| COUNTY OF MONTGOMERY | ) |

The undersigned, being first duly sworn, deposes and says:

    I, EDWARD L. McINTYRE, am employed by the Army Air Force Exchange Service (AAFES) at Maxwell Air Force Base as a Loss Prevention Manager. On or about 16 May 2007, at approximately 1025 hours, I observed the subject, JENNIFER HUEY, select a cologne item. She then proceeded to the clothing department where she took the cologne from its wrapper and placed it in her purse, replacing the empty box back on the display shelf. She exited the store without rendering payment. I stopped her beyond the last possible point of payment and invited her to the Loss Prevention office. Huey then willingly took the cologne from her purse and surrendered it. From that point, Security Forces was called and responded.

                                                                           EDWARD L. McINTYRE

Subscribed and sworn to before me this 2nd day of August, 2007.

                                                       AUDREY F. GRIFFIN
Notary Public
State of Alabama