IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.            ) | Case No.: 2:07cr161-CSC |
| ) | |
| JENNIFER N. HUEY ) | |

## NOTICE OF APPEARANCE

**COMES NOW** the undersigned counsel, Jennifer A. Hart, and enters her appearance on behalf of the Defendant, **JENNIFER N. HUEY,** in the above-styled case.

Dated this 4th day of September, 2007.

Respectfully submitted,

s/Jennifer A. Hart
**JENNIFER A. HART**
FEDERAL DEFENDERS
MIDDLE DISTRICT OF ALABAMA
201 Monroe Street, Suite 407
Montgomery, AL 36104
Phone: (334) 834-2099
Fax: (334) 834-0353
jennifer_hart@fd.org
AL Bar Code: HAR189

## CERTIFICATE OF SERVICE

      I hereby certify that on September 4, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Kent Brunson  
Assistant United States Attorney

Reese H. Hays  
Special Assistant United States Attorney

      Respectfully submitted,

      s/Jennifer A. Hart  
      **JENNIFER A. HART**  
      FEDERAL DEFENDERS  
      MIDDLE DISTRICT OF ALABAMA  
      201 Monroe Street, Suite 407  
      Montgomery, AL 36104  
      Phone: (334) 834-2099  
      Fax: (334) 834-0353  
      jennifer_hart@fd.org  
      AL Bar Code: HAR189