IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | ) |
| | ) |
| v. | )  Case No.: 2:07cr161-CSC |
| | ) |
| **JENNIFER N. HUEY** | ) |

**DEFENDANT'S MOTION TO SUBSTITUTE COUNSEL**

**COMES NOW** the Defendant, **JENNIFER N. HUEY,** by and through undersigned counsel, Jennifer A. Hart, and hereby moves the Court to substitute Assistant Federal Defender Michael J. Petersen, as counsel of record for the Defendant in this matter in place of undersigned counsel.

As grounds for granting this motion, defendant would show as follows:

Jennifer A. Hart has resigned from the Federal Defender Office effective November 2, 2007.

Dated this 30th day of October, 2007.

Respectfully submitted,

s/Jennifer A. Hart
**JENNIFER A. HART**
FEDERAL DEFENDERS
MIDDLE DISTRICT OF ALABAMA
201 Monroe Street, Suite 407
Montgomery, AL 36104
Phone: (334) 834-2099
Fax: (334) 834-0353
jennifer_hart@fd.org
AL Bar Code: HAR189

**CERTIFICATE OF SERVICE**

     I hereby certify that on October 30, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Reese Hayes, Esquire
Special Assistant United States Attorney
HQ AU/JA
50 LeMay Plaza South
Maxwell AFB AL 36112-6334

                             Respectfully submitted,

                             s/Jennifer A. Hart
                             **JENNIFER A. HART**
                             FEDERAL DEFENDERS
                             MIDDLE DISTRICT OF ALABAMA
                             201 Monroe Street, Suite 407
                             Montgomery, AL 36104
                             Phone: (334) 834-2099
                             Fax: (334) 834-0353
                             jennifer_hart@fd.org
                             AL Bar Code: HAR189