### IN THE UNITED STATES DISTRICT COURT
### MIDDLE DISTRICT OF ALABAMA
### NORTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| **v** ) | **CR. NO. 2:07-CR-161-CSC** |
| ) | |
| **JENNIFER N. HUEY** ) | |

## ORDER

Upon consideration of the *Motion to Substitute Counsel,* (doc. #14) filed by the defendant, it is

**ORDERED** that the motion be and is hereby **GRANTED**. Assistant Federal Defender Michael J. Petersen shall represent the defendant for all further proceedings. Appointed counsel shall file a written notice of appearance with this court.

Done this 30th day of October, 2007.

        /s/Charles S. Coody
        CHARLES S. COODY
        CHIEF UNITED STATES MAGISTRATE JUDGE