IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v | ) | CR. NO. 2:07cr161-CSC |
| | ) | |
| JENNIFER N. HUEY | ) | |

**ORDER**

On December 20, 2007, the defendant filed an unopposed motion to continue trial (doc. # 17). Upon consideration of the motion, and for good cause, it is

ORDERED that the motion to continue trial (doc. # 17) be and are hereby DENIED.

Done this 20th day of December 2007.

/s/Charles S. Coody
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE